FILED
2009 NOV 19 PM 1:07
BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
AKRON

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN THE MATTER OF )  CASE NO. 02-55160
)  JUDGE SHEA-STONUM
ZAXIS INTERNATIONAL, INC. )  CHAPTER 7
)
)
DEBTORS )

## TRANSMITTAL OF UNCLAIMED FUNDS

KATHRYN A. BELFANCE, Trustee of this estate, reports the following:

1. Sixty days have passed since the initial distribution in this case. The following checks have been returned undeliverable and/or stop payments have been issued on all outstanding checks. The names of the persons to whom such unnegotiated checks were issued, the amount of such checks and their last known addresses are:

| | |
|---|---|
| CITY OF KENT<br>INCOME TAX DIVISION<br>325 SOUTH DEPEYSTER<br>KENT, OH 44240 | $408.00 |
| RONALD F. HANSON<br>815 SUPERIOR AVENUE #1225<br>CLEVELAND, OH 44114 | $1,102.52 |
| MARKEDITH WALKER<br>731 RAYMOND STREET<br>AKRON, OH 44307 | $23.98 |
| VWR INTERNATIONAL, INC.<br>1230 KENNESTONE CIRCLE<br>MARIETTA, GA 30066 | $40.83 |
| JOHN RUSSO<br>1170 GETTYSBURG DRIVE<br>PARMA, OH 44134 | $360.83 |
| ICN BIOMEDICALS<br>3300 HYLAND AVENUE<br>COSTA MESA, CA 92626 | $9.58 |

*Check # 157*
*Receipt # 81073*
*# 13,399.26*

| | |
|---|---|
| JOHN DILLMAN<br>210 N. MAIN STREET<br>APARTMENT B1A<br>MUNROE FALLS, OH 44262 | $18.48 |
| LEONARD TANNEN<br>26300 VILLAGE LANE P-8<br>BEACHWOOD, OH 44112 | $3,038.77 |
| LEONARD TANNEN<br>26300 VILLAGE LANE P-8<br>BEACHWOOD, OH 44112 | $768.26 |
| CAROL MAIER<br>7645 STOW ROAD<br>HUDSON, OH 44236 | $33.04 |
| RANDY NORRIS<br>2413 ROTH DRIVE<br>CUYAHOGA FALLS, OH 44221 | $33.37 |
| JOHN A. DONOFRIO FISCAL OFFICER<br>C/O MILTON C. RANKINS ASST PROS ATTY<br>159 S. MAIN STREET<br>AKRON, OH 44308 | $3,113.76 |
| GREG BAMBECK<br>138 S. PEARL STREET<br>KENT, OH 44240 | $3,038.77 |
| GREG BAMBECK<br>138 S. PEARL STREET<br>KENT, OH 44240 | $204.04 |
| CARRIE KOLLY<br>518 S. MAIN STREET<br>NILES, OH 44446 | $28.73 |
| RICHARD PHILLIPS<br>3083 IRA ROAD<br>FAIRLAWN, OH 44333 | $1,176.30 |

2. Trustee's check for $13,399.26, payable to the Clerk of the United States Bankruptcy Court, is attached to this report and list.

3. Nothing further remains to be done in this case.

Date: November 17, 2009

/s/ KATHRYN A. BELFANCE
KATHRYN A. BELFANCE
TRUSTEE